**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SUMMIT SHEET METAL, LLC, | |
| Plaintiff, | **CONSOLIDATED TO:** |
| v. | CIVIL ACTION NO. 3:CV-13-1623 |
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 44, | (JUDGE CAPUTO) |
| Defendant. | |
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 44, | CIVIL ACTION NO. 3:CV-13-2079 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| SUMMIT SHEET METAL, LLC, | |
| Defendant. | |

**ORDER**

**NOW**, this 13th day of January, 2015, in view of the March 28, 2014 Memorandum and Order (Docs. 29; 30) awarding Local 44 reasonable attorneys' fees and costs, and upon consideration of the Declaration of Charles W. Johnston (Doc. 31) in support of Local 44's request for reasonable attorneys' fees and costs, **IT IS HEREBY ORDERED** that Summit Sheet Metal, LLC is directed to pay $4,461.25 in attorneys' fees and $602.78 in costs to Sheet Metal Workers International Association, Local Union No. 44

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge